Dear Court of Criminal Appeals,

I was moved for overnight visit to the Huntsville Unit on 12-23-14. I am still here being held in Transit. I didn't know I was suppost to contact you. Hopefully Justice will be done and I will be released soon. Thank you for your time. My 86 year old Mother has been diagnosed with Cancer and lives close to here. Woodville, TX. Thank you for your time and any help you can give me in this matter. Three (3) DWI's in 10 yrs. Never an accident. .05 DWI Just taken care of. also.

Sincerely,
James Steven Corley

#1723438
Huntsville Unit
815 12TH Street
Huntsville, TX.
77342

2-10-15
79,989-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**  TDCJ Home  New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03284305 |
| **TDCJ Number:** | 01723438 |
| **Name:** | CORLEY,JAMES STEVEN |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1958-04-27 |
| **Maximum Sentence Date:** | 2109-08-27 |
| **Current Facility:** | BILL CLEMENTS |
| **Projected Release Date:** | 2050-06-15 |
| **Parole Eligibility Date:** | 2016-11-07 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1994-08-09 | DWI | 1996-10-09 | COLLIN | 199-80933-94 | 5-00-00 |
| 2001-05-06 | DWI | 2004-07-29 | ROCKWALL | 2-01-263 | 3-00-00 |